



# MEMORANDUM OPINION

No. 04-07-00768-CV

**IN THE INTEREST OF E.D., et al.**,
Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-PA-00954
Honorable Janet P. Littlejohn, Judge Presiding

Opinion by:   Rebecca Simmons, Justice

Sitting:      Catherine Stone, Justice
              Karen Angelini, Justice
              Rebecca Simmons, Justice

Delivered and Filed:  January 28, 2009

AFFIRMED

This is an appeal concerning the trial court's termination of Appellants Terrick, Lashonda and Alexander's parental rights to children E.D., T.A. and A.W.[1]  Terrick, Lashonda and Alexander's court-appointed appellate attorneys each filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced regarding their respective clients.  Each counsel concluded that the appeal is without merit regarding their client. The briefs meet the requirements of *Anders v. California*, 386 U.S. 738

---

[1]      To protect the privacy of the parties in this case, we identify the children by their initials and the children's mother, presumed father and alleged father by their first names only.  *See* TEX. FAM. CODE ANN. § 109.002(d) (Vernon 2002).

(1967).  *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in appeal from termination of parental rights).

Each appellate counsel provided their respective clients with a copy of their appellate brief, and advised their clients of his or her right to examine the record and to file a pro se brief. No pro se brief has been filed.  After reviewing the record, we agree that the appeals are frivolous and without merit.  The judgment of the trial court is, therefore, affirmed.  Furthermore, we grant counsels' motions to withdraw.

Rebecca Simmons, Justice